Form 2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

**FILED**
AUG 19 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____KB_____, DEPUTY

Dexter Hutchins
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

The City of Oklahoma City Dept.
Chief of Police Wade Gourley and
Officer Alexander Ocosta
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CIV-24-852-R
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dexter Hutchins L.
Street Address: 10619 N.W 23rd St. Terr.
City and County: Yukon OK
State and Zip Code: Oklahoma 73099
Telephone Number: (405) 537-1708
E-mail Address: Arkansasstone@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
   Name: Wade Gourley
   Job or Title (if known): The City of Oklahoma City Police Dept. Chief of Police
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 2
   Name: Alexander Ocosta
   Job or Title (if known): Police Officer (Oklahoma City)
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 3
   Name: The City of Oklahoma City Police Dept.
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 4
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* **Dexter Hutchins**, is a citizen of the State of *(name)* **Oklahoma**.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* **Alexander Ocosta**, is a citizen of the State of *(name)* **Oklahoma**. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* Wade Gourley, is a citizen of the State of *(name)* Oklahoma. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

The defendant, *(name)* The City of Oklahoma City Police Dept. is incorporated under the laws of the State of *(name)* Oklahoma, and has its principal place of business in the State of *(name)* Oklahoma.

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake– is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/08/24

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Dexter Hutchins

### B. For Attorneys

Date of signing:

Signature of Attorney: Pro-Se
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

Dexter Hutchins

VS    PLAINTIFF,

THE CITY OF OKLAHOMA CITY POLICE DEPT
CHIEF OF POLICE WADE GOURLEY AND
OFFICER ALEXANDER OCOSTA
            Res.Andent

Case    No.  CIV-

CIVIL RIGHTS COMPLAINT
42 U.S.C SECTION 1983
JURISDICTION JURY - TRIAL

## COMPLAINT

### First Cause of Action

Introduction

The Plaintiff, DEXTER HUTCHINS , for his complaint allege and state:

1. This action is filed for money damages against The city of Oklahoma city police department THE STATE OF OKLAHOMA, THE CITY OF OKLAHOMA CITY POLICE DEPARTMENT, AND.FOR A BRUTAL AND SELECTIVE ARREST IN THIS CIVIL COMPLAINT

THE CITY OF OKLAHOMA CITY POLICE DEPARTMENT STEM THIS COMPLAINT ,for violations of Plaintiff's constitutional rights to due process and equal protection of the law.4th and 14th amendment AND 8TH rights NOT TO BE SUBJECTED TO CRUEL AND USUAL PUNISHMENT have been violated and infringed upon by the above named respondents et,al, PLAINTIFF IS ASKING AND SEEKING DAMAGES EXCEEDING 150,000 DOLLARS FOR THE PLAINTIFF BEING UNCONSTITUTIONALLY DEPRIVED OF HIS LIBERTY ,AS WELL 5,000 DOLLARS FOR EACH CONSTITUTIONAL VIOLATION ASSESSED IN THIS MATTER.

The Plaintiff alleges that the respondents has caused plaintiff to be unreasonably

search and unreasonably seized of her liberty absent probable cause to do so , then to be subjected to pretrial restraints based on the police report of the arresting officer, absent probable cause to pull the plaintiff over on a routine traffic stop , officer alexander followed the plaintiff for several blocks thru the north highland housing addition before making contact with the plaintiff ,on a bogus complaint that was not true , however plaintiff was asked to exit his vehicle that's when a supervising officer arrived to the scene and immediately started to assault the plaintiff without any incident to do so ,officer alexander secured the situation by placing the plaintiff in the back of his patrol car to be escorted off to the Oklahoma county jail TO BE ARRESTED for unknown charges ,plaintiff was released on a O. R BOND AND HIS LIBERTY HAS BE RESTORED EVER SINCE ,however the plaintiff suffered severe injury from the

supervising officers whom name has not been disclosed to the plaintiff as of this date ,SEE MEDICAL BILLS ATTACHED HERETO

2. This is an action at law brought for the benefit of the plaintiff to redress the

deprivation under color of statute, ordinance, regulation, custom or usage of rights,

privileges or immunities secured to plaintiff by the Fourth Amendment and 14 th amendment AND 8TH AMENDMENT OF THE U.S CONSTITUTIONS DUE PROCESS AND EQUAL PROTECTION CLAUSE to the

Constitution of the United States, and also arising out the law, statutes and Constitution

of the State of Oklahoma, and more particularly set out hereinafter.

## Jurisdiction

3. This action is brought pursuant to Title 42 of the United States Code, Section

1983 and the Fourth and Fourteenth Amendments to the Constitution of the United States. Jurisdiction is founded up Title 28 of the United States Code, Sections 1331,

1343(a)(3), and 1391 (b) and the above-mentioned statutory and constitutional

Provisions.

4. The amount in controversy, exclusive of interest and costs, exceeds the sum of

$100,000.00.

## Parties

5. Plaintiff DEXTER HUTCHINSON is a citizen of the United States and

the State of Oklahoma,

6. The CITY OF OKLAHOMA CITY (hereinafter referred to as "RESPONDENTS) is and at all

times relevant to this action a municipal corporation created and organized under the

laws of the State of Oklahoma.

7. RESPONDENT , WADE GOURLEY AND OFFICER ALEXANDER OCOSTA , is THE POLICE CHIEF AND ARRESTING OFFICER IS RESPONSIBLE FOR THE PLAINTIFF ARREST, DETENTION AND UNLAWFUL RESTRAINT THAT WHERE PLACED AGAINST THE PLAINTIFF LIBERTY with The CITY OF OKLAHOMA CITY POLICE DEPARTMENT

and was at all times an agent, servant, and employee of the RESPONDENT , The CITY OF OKLAHOMA CITY , located in Oklahoma, State of Oklahoma.

8. RESPONDENT WADE GOURLEY , is sued in his individual capacity.

9 The acts complained of herein occurred in OKLAHOMA COUNTY, State of

Oklahoma ,therefore jurisdiction and venue are proper here

.

## Factual Allegations

10  PLAINTIFF WAS ARRESTED ON OR ABOUT JULY 10TH 2024, in THE CITY OF OKLAHOMA ,STATE OF Oklahoma,

PLAINTIFF WAS DRIVING THRU THE NORTH HIGHLAND HOUSING ADDITION OFF OF N WILSHIRE BLVD BETWEEN BRITTION RD AND WILSHIRE BLVD , OFFICER PULLED THE PLAINTIFF OVER AND AS EXPLAINED IN PARAGRAPH 1 OF THIS COMPLIANT THE PLAINTIFF WAS PHYSICALLY ASSAULTED BY THE UNKNOWN SUPERVISING OFFICER WHO ARRIVED AT THE SCENE AFTER OFFICER ALEXANDER HAD ALREADY MADE CONTACT WITH THE PLAINTIFF ,THE SUPERVISING OFFICER HAD TO BE RESTRAINED BY OFFICER ALEXANDER OCOSTA SO THAT OFFICER ALEXANDER COULD ARREST THE PLAINTIFF FOR CHARGES UNKNOWN AT THAT TIME .

11  IN JULY 2024, without probable cause RESPONDENT OFFICER ALEXANDER OCOSTA ALLOWED SAID SUPERVISING OFFICER TO GET AWAY WITH THE ASSAULT ON THE PLAINTIFF BY NOT GIVING THE PLAINTIFF THE ARRESTING OFFICERS NAME NOR REPORTING HIS ILLEGAL CONDUCT TO SOMEONE OF AUTHORITY AT THE PRECINCT ,HOWEVER THAT NEVER HAPPENED AND PLAINTIFF IS STILL SEEKING ANSWERS TO WHY THE SUPERVISING OFFICER WAS NOT REPORTED BY OFFICER ALEXANDER OCOSTA ,

.

Plaintiff DEXTER HUTCHINSON has been subjected TO A BRUTAL ASSAULT AND BATTERY BY THE ARRESTING OFFICERS LISTED ABOVE without probable cause

based on the arresting officers report that could be falsified and fabricated without becoming apart of public record statements AS WELL THE OFFICERS UNCONSTITUTINAL CONDUCT AS A POLICE OFFICER FOR THE CITY OF OKLAHOMA CITY BY NOT REPORTING UNDER OATH WHAT THE SUPERVISING OFFICER HAD DONE TO THE PLAINTIFF IN THIS MATTER.

12  RESPONDENT WADE GOURLEY IS THE POLICE CHIEF OF THE OKC POLICE DEPARTMENT AND RESPONSIBLE FOR THE PROPER TRAINING OF HIS OFFICERS DURING THIS UNLAWFUL ARREST
13  RESPONDENT ALEXANDER OCOSTA IS A OKC POLICE OFFICER WHOM , did not report this unlawful conduct to his supervising officer on duty at the time ,

THE RESPONDENT WADE GOURLEY IS THE OKC POLICE CHIEF OF POLICE

Arresting officer ALEXANDER OCOSTA did not have probable cause to initiate a traffic stop on the plaintiff

Respondent BOARD OF COUNTY COMMISSIONERS IS THE AGENCY THAT FUNDS THE OKC POLICE DEPARTMENT IN THE CITY OF OKLAHOMA CITY

14  As a result of the wrongful arrest and detention, Plaintiff DEXTER HUTCHINSON

Suffered the unlawful restraint of his freedom, humiliation, loss of personal dignity,

Infliction of emotional distress.

15  By the actions described above, the RESPONDENT ALEXANDER OCOSTA deprived the

Plaintiff of clearly established and well-settled constitutional rights:

   a. Freedom from seizure of him persons without probable cause;
   b. Freedom from seizure of him person for pretrial detention probable cause.
   c. Freedom from seizure of him person based on falsified and fabricated

Evidence from traffic stop.

16  The individual RESPONDENTS NAMED ABOVE subject the plaintiff to these

deprivations of her rights either  maliciously, or by acting with a reckless disregard for

whether the plaintiff's rights would be violated by there actions.

17  As a direct and proximate result of the acts and omissions of the individual

respondents , which were intentional, or done with gross negligence,

PLAINTIFF DEXTER HUTCHINSON was forced to mental suffering, fear and humiliation, was deprived of his physical liberty.

## Second Cause of Action

18  Paragraph 1-16 are incorporated herein by reference and are made paragraph

19  The OKC POLICE DEPARTMENT unconstitutional conduct

while he was carrying out a policy of the State of Oklahoma 63 O.S. Section 2-401-420

and a policy The CITY OF OKLAHOMA CITY  Section 10-404, as well as City of Oklahoma City

policy 230.0 Arrest Procedure – 230.10 When a Person Can Be Arrested by Police

Officer , THIS RESPONDENT  CITY OF OKC  POLICE DEPARTMENT violated said policies and violated Plaintiff's Fourth

Amendment rights prohibiting unreasonable seizures by making the warrantless

arrest of Plaintiff without probable cause TO DO SO. RESPONDENT  The CITY OF OKC POLICE DEPARTMENT   has shown a deliberate indifference and has

failed to adequately train their officers in the field in the area of warrantless arrest an the submission of probable cause affidavits, after arrest concerning the rights of

Plaintiff and citizens, thereby causing the respondent  to engage in the

Unlawful conduct described above.

20  The CITY OF OKC  employees at the OKC police department has violated The CITY OF OKLAHOMA CITY  policy Section 10-404, and City  of Oklahoma City policy 230.0 Arrest

Procedure – 230.10 and State of Oklahoma policy 63 O.S. Section 2-401-420 when

Respondent OKC police department did not submit  information in his probable cause affidavit

that Plaintiff had violated a state or city law with respondents  knowing

that statement was to be submitted under oath with what the Plaintiff was charged with and that the officer had probable cause to do so


plaintiff was Subjected to pretrial restraints based on falsified and fabricated statements.

The CITY OF OKLA, CITY POLICE CHIEF WADE GOURLEY  has SHOWN A deliberate indifference failing to adequately discipiline

An train the respondent , the respondent failed to train its officers in the field  or otherwise

The plaintiff would not have a complaint  concerning the rights of the Plaintiff and citizens, thereby

Causing respondent to engage in the unlawful conduct described above.

21  The CITY OF OLKAHOMA CITY  employees unconstitutional conduct

while  carrying out a policy of the State of Oklahoma 63 O.S. Section 2-401-420

and the City of el reno  policy 230.0 Arrest Procedure – 230.10 When a  Person Can

Be Arrested by Police Officer DIRECT  respondent  violated said policies and

violated Plaintiff's Fourth Amendment right prohibiting unreasonable seizures by making

the warrantless arrest of Plaintiff without probable cause for. respondent The CITY OF OKLAHOMA CITY has with deliberate

indifference failed to adequately discipline its officers in the field and also, failed to train

respondent city of el reno police department or otherwise direct respondent concerning

the rights of Plaintiff and citizens, thereby causing respondent to engage

in the unlawful conduct described above.

22 As a result of this deliberate indifference of The CITY OF OKLAHOMA CITY Police

Department, AND THE CITY OF OKC POLICE CHIEF WADE GOURLEY ,Plaintiff suffered the damages as aforesaid.

### Prayer for Relief

WHEREFORE, Plaintiff request this court:

a. Assume jurisdiction over Plaintiff's cause of action
b. Award compensatory damages against each of the individual defendants'
c. Award punitive damages against each of the individual defendants;
d. Award such other and further relief as this court may deem appropriate.

DATE                                              Respectfully submitted.

DEXTER HUTCHINS

*[signature]*

10619 NW 23rd St, Terr
Bethany OK 73099

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

)
)
)
)        Case No._____
)
)

VERIFICATION

I, __Dexter Hutchins__ of lawful age, being first duly sworn, upon oath, state that I am the __Plaintiff__ above named: that I have read the above and forgoing petition, that I am familiar with the contents thereof, and that the things and matters therein contained are true and correct.

_____
Signature

__Dexter Hutchins__
Print Name

Subscribed and sworn to before me this __7__ day of __Aug__, 20__24__.
My commission expires on: _____.

_____
Notary Public

(Notary seal: PRESTON HERRON, NOTARY PUBLIC, STATE OF OKLAHOMA, #23016264, EXP. 12/18/27)